IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MSS-ILA PENSION FUND et al., )
)
    Plaintiffs, )
)
v. ) CASE NO. CV404-179
)
JOHN R. MACPHERSON, JR., and )
ALMAC ENTERPRISES, INC, )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' "Consent Order of Dismissal With Prejudice." Pursuant to Federal Rule of Civil Procedure 21, "[p]arties may be dropped or added by order of the court on motion of any party at any stage of the action and on such terms as are just." As all the parties have consented, the claims against Defendant Southern International Service Company are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is **DIRECTED** to file the parties' Consent Order into the record.

SO ORDERED this 14th day of May, 2007.

    WILLIAM T. MOORE, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA